David H. Munro, Appellant, v. Wells Brothers Company, Respondent.— Motion for reargument denied, with ten dollars costs and disbursements. Motion for leave to appeal to the Court of Appeals denied.

Mary Agnes Barry, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion for reargument denied, with ten

dollars costs and disbursements. Motion for leave to appeal to the Court of Appeals denied.

Joseph Foster, Jr., Respondent, v. International Paper Company, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Williams, J., not sitting.

Nicholas C. Fries, Appellant, v. John P. Fries and Others, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted and questions certified.

In the Matter of the Application of the City of Buffalo to Acquire Lands under the Waters of Buffalo River for the Purpose of a Public Highway.— Motion for leave to appeal to the Court of Appeals granted. Questions to be certified for review to be settled by and before Mr. Presiding Justice McLennan on two days' notice.

Florence E. Farmer, as Administratrix, v. The New York Central and Hudson River Railroad Company.— Motion to resettle order denied, without costs.

Mary A. Lodge, Appellant, v. Thomas Moxey, Individually, etc., Respondent.— It appearing that appellant has failed to file and serve her printed papers on appeal as required by rule 41,* and it not having been shown that a case containing exceptions is necessary for the hearing and disposition of said appeal, respondent's motion to dismiss the appeal herein is granted, with ten dollars costs.

Henrietta Pohlman,. Appellant, v. Louise F. Schloezer, Respondent.— It appearing that appellant has failed to file and serve her printed papers on appeal as required, and it not having been shown that a case containing exceptions is necessary,. respondent's motion to dismiss the appeal herein is granted, with ten dollars costs.

William H. Thompson, Appellant, v. Metropolitan Life Insurance Company, Respondent.— It appearing that appellant has failed to file and serve his printed papers on appeal as required, and it not having been shown that a case containing exceptions is necessary, respondent's motion to dismiss the appeal herein is granted, with ten dollars costs.